UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
At Covington

Removed from Boone Circuit Court
Civil Action No. 22-CI-01449

| | | |
|---|---|---|
| SUSANNE G. HEMINGWAY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | |
| SP 48 FREIGHT INC, | ) | Judge: |
| THE CINCINNATI INSURANCE | ) | |
| COMPANY, AMARILIS A. TOMAS, | ) | Magistrate: |
| AND MARC A. VALLE | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendants SP 48 Freight Inc. and Marc A. Valle, remove to the U.S. District Court for the Eastern District of Kentucky, Northern Division, the civil action styled *Susanne G. Hemingway v. SP 48 Freight Inc. the Cincinnati Insurance Company, Amarilis A Tomas, and Marc A. Valle,* Civil Action No. 22-CI-01449, which is currently pending before the Boone Circuit Court, Boone County, Kentucky. In support of this Notice of Removal, SP 48 Freight Inc. and Marc A. Valle, state:

1. On or about December 20, 2022, Plaintiff Susanne G. Hemingway filed a Complaint in the Boone Circuit Court, naming SP 48 Freight Inc., Marc

A. Valle, Amarilis A. Tomas and the Cincinnati Insurance Company as defendants.

2. Plaintiff Susanne G. Hemingway was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal, a citizen of the Commonwealth of Kentucky. *See* Complaint, at ¶ 1.

3. Defendant SP 48 Freight Inc. was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal, an Illinois Corporation. *See* Complaint, at ¶ 2.

4. Defendant Marc A. Valle was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal, a citizen of the State of Texas. *See* Complaint, at ¶ 5.

5. Defendant Amarilis A. Tomas, was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal, a citizen of the State of Ohio. *See* Complaint, at ¶ 4.

6. Defendant the Cincinnati Insurance Company, was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal, an Ohio Corporation. *See* Complaint, at ¶ 3.

7. Defendant Marc A. Valle was served with a copy of the Summons and Complaint on January 9, 2022, via certified mail and moves to remove this action to the United States District Court.

8. Defendant SP 48 Freight Inc was served with a copy of the Summons and Complaint on January 9, 2022, via certified mail and moves to remove this action to the United States District Court.

9. Defendant the Cincinnati Insurance Company, was served with a copy of the Summons and Complaint via certified mail and has consented to removal of this action to the United States District Court.

10. Defendant Amarilis A. Tomas has not been served with a copy of the Summons and Complaint; therefore, pursuant to 28 USC § 1446 (b)(2)(A) her consent to removal is not required.

11. This action is one SP 48 Freight Inc., Marc A. Valle, Amarilis A. Tomas and the Cincinnati Insurance Company may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is an action between citizens of different states.

12. The amount in controversy in this action, exclusive of interest and costs, is greater than $75,000 and exceeds the jurisdictional threshold required by 28 U.S.C. §1332(a).

13. This Notice of Removal is filed within thirty (30) days after the Defendants were served and/ or received the Complaint and Summons as required by 28 U.S.C. § 1446(b).

14. A copy of all process, pleadings, and orders served upon the Defendants in Boone Circuit Court Civil Action No. 22-CI-01449, are attached to this Notice of Removal as EXHIBIT A.

WHEREFORE, Defendants SP 48 Freight Inc., Marc A. Valle and the Cincinnati Insurance Company, remove this action to the United States District Court for the Eastern District of Kentucky, Northern Division at Covington.

Respectfully submitted,

/s/ William T. Donnell
William T. Donnell
Andrew J. Horne
WHITTEN LAW OFFICE LLC
700 N. Hurstbourne Pkwy
Suite 112
Louisville, KY 40222
P: 502-430-1016
F:  502-430-1083
wdonnell@louisvillecounsel.com
ahorne@louisvillecounsel.com
*Counsel for Defendants SP 48 Freight Inc and Marc A. Valle*

## CERTIFICATE OF SERVICE

I certify on the 25th day of January, 2023, I filed a copy of the foregoing with the Court's electronic filing system, which will deliver copies to all known counsel of record, including:

James Ryan Turner
PO BOX 6205
30 Shelby Street
Florence, KY 41022
ryan@dallasandturner.com
*Counsel for Plaintiff*

Patricia J. Trombetta (93008)
Thomas F. Glassman (85678)
Bonezzi Switzer Polito & Hupp Co. L.P.A.
312 Walnut Street, Suite 2530
Cincinnati, Ohio 45202
ptrombetta@bsphlaw.com
tglassman@bsphlaw.com
*Counsel for Defendant The Cincinnati Insurance Company*

/s/ William T. Donnell
*Counsel for Defendants SP 48 Freight Inc and Marc A. Valle*