UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| SUSANNE G. HEMINGWAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 23-013-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SP 48 FREIGHT INC., et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Susanne Hemingway and Defendant The Cincinnati Insurance Company previously notified the Court that they have settled all claims and issues between them. [Record No. 59] They have now filed a proposed agreed order to dismiss with prejudice those claims. [Record No. 63] Therefore, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' agreed order of dismissal, docketed as a motion [Record No. 63], is **GRANTED**.

2. All claims asserted by Plaintiff Susanne Hemingway against Defendant The Cincinnati Insurance Company are **DISMISSED** with prejudice. These parties shall bear their respective fees and expenses.

3. This Order does not affect the plaintiff's remaining claims against Defendant Amarillis A. Tomas.

Dated: April 4, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky