UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| SUSANNE G. HEMINGWAY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 23-013-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| SP 48 FREIGHT INC., et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Susanne Hemingway has filed a Notice of Dismissal regarding the claims asserted against Defendant Amarilis A. Tomas pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  [Record No. 65]  A review of the record indicates that Defendant Tomas has filed neither an answer nor a motion for summary judgment.  Therefore, the claims asserted against this defendant will be dismissed without prejudice.

Accordingly, it is hereby **ORDERED** as follows:

1.    The claims asserted by Plaintiff Susanne Hemingway against Defendant Amarilis A. Tomas are **DISMISSED** without prejudice.

2.    All claims having been resolved or voluntarily dismissed, this action is **DISMISSED** and **STRICKEN** from the docket.

3.    This is a **FINAL** and **APPEALABLE** Order and there is no just cause for delay.

Dated: April 10, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky